UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AGUSTIN MARTE, on behalf of himself and : 20 Civ. 04070 (MKB)(RML)
others similarly situated, :
:
                    Plaintiff, :
: **STIPULATION AND**
    - against - : **ORDER OF DISMISSAL**
:
EL NUEVO JORGE'S RESTAURANT CORP., :
d/b/a EL NUEVO JORGE'S RESTAURANT, :
JORGE'S RESTAURANT CORP. d/b/a EL :
NUEVO JORGE'S RESTAURANT, AGUSTIN :
BAEZ and MARIA D. BAEZ, :
:
                    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    WHEREAS, on September 10, 2020, Plaintiff filed a complaint, which asserted claims for, *inter alia*, unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

    WHEREAS, although commenced as a collective action, Plaintiff did not seek conditional certification and no other individuals were provided notice of the action;

    WHEREAS, the parties reached a settlement of this action through arms-length negotiations, the terms of which have been reviewed and are considered fair and reasonable, and which are incorporated herein by reference; and

    WHEREAS, the United States District Court for the Eastern District of New York, shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants El Nuevo Jorge's Restaurant Corp., Agustin Baez, and Maria D. Baez (the "Settling Defendants"), that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
       March 23, 2021

Cilenti & Cooper, P.L.L.C.

By: _____

Giustino (Justin) Cilenti, Esq.
155 East 44th Street, Sixth Floor
New York, New York 10017
(212) 209-3933
jcilenti@jcpclaw.com
Attorneys for Plaintiff

Isaacs Bernstein, P.C.

By: _____

Jonathan A. Bernstein
2108 Yardley Road
Yardley, Pennsylvania 19067
(917) 693-7245
jb@lijblaw.com
Attorneys for Defendants El Nuevo Jorge's Restaurant Corp., Agustin Baez and Maria D. Baez

SO ORDERED:

    s/ MKB
_____
Margo K. Brodie, U.S.D.J.

5/26/2021
_____
Date